UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-20041-02 |
| ROBERT H. PARTIN, | ) |
| Defendant. | ) |

## ORDER APPROVING MAGISTRATE RECOMMENDATION

On November 29, 2006, a report and recommendation was filed by United States Magistrate Judge David G. Bernthal in the above cause. More than ten (10) days have elapsed since the filing of the recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1).

This court therefore approves the recommendation of the Magistrate Judge. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the defendant's plea of guilty is accepted by the Court and the defendant is adjudged guilty. The Court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing has been set for March 30, 2007, at 10:30 a.m.

ENTERED this 14th day of December, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE